**HEARING DATE AND TIME: DECEMBER 2, 2014 @ 10:30 A.M. (EST)**

**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
David Carlebach
55 Broadway
Suite 1902
New York, NY 10006
Tel: (212) 785-3041
Fax: (347) 472-0094
Email: david@carlebachlaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**----------------------------------------------------------x**
**In re:**                                                                                  **Chapter 11**


**LIBERTY TOWERS REALTY I LLC**                          **Case No. 14-45189 - ESS**


                                          **Debtor.**
**----------------------------------------------------------x**

**NOTICE OF MOTION FOR ORDER EXTENDING TIME OF DEBTOR TO FILE**
**SCHEDULES, LISTS AND STATEMENTS OF AFFAIRS**

**PLEASE TAKE NOTICE** that upon the annexed Application of David Carlebach, Esq., dated October 29, 2014, Liberty Towers Realty I LLC., the debtor herein (the "Debtor"), by its attorneys the Law Offices of David Carlebach, Esq., will move before Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201, Courtroom 3585, on the 2nd Day of December 2014, at 10:30 a.m., or as soon thereafter as counsel can be heard for an order pursuant to §521 of the Bankruptcy Code and Rule 1007(c) of the Federal Rules of Bankruptcy Procedure ("FRBP") authorizing an extension of the time to file lists, schedules, statements of affairs, and any other required documents not yet filed, in this Chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, shall be served upon counsel for the Movant at the address indicated below and filed with the Court utilizing the Court's electronic filing system no later than seven (7) business days prior to the return date hereof.

DATED:   New York, New York
         October 29, 2014

**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
*Attorneys for Debtor*

By: */s/David Carlebach (DC-7350)*
    David Carlebach (DC-7350)
    55 Broadway, Suite 1902
    New York, New York 10006
    Tel: (212) 785-3041

To:   United States Trustee